United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

        Plaintiff,

    v.

G. D. LEWIS, et al.,

        Defendants.

Case No. 15-cv-00078-KAW (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION**

On January 7, 2015, Plaintiff, a state prisoner, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed *in forma pauperis* ("IFP") application within twenty-eight days or the case would be dismissed.

On February 26, 2015, Plaintiff submitted a letter explaining why he did not submit a timely IFP application. The Court construes this letter as a request for an extension of time to file a completed IFP application. Plaintiff's request for an extension of time is GRANTED. Plaintiff must file a completed IFP application within twenty-eight (28) days from the date of this Order. Failure to file the completed IFP application by the twenty-eight day deadline shall result in the dismissal of this action without prejudice.

The Clerk of the Court is directed to send Plaintiff a blank prisoner IFP application form with a copy of this Order.

        **IT IS SO ORDERED.**

Dated:  April 6, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge