1
2
3
4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    LAFONZO R. TURNER,                        Case No.  15-cv-00078-KAW

8                Plaintiff,

9         v.                                   **ORDER DENYING MOTION FOR
                                               ORDER OF UNMONITORED PHONE
10   MONTANEZ, et al.,                         CALLS**

11               Defendants.                   Re: Dkt. No. 121

12

13         On January 2, 2018, the Court received a letter from Plaintiff Lafonzo R. Turner,

14   requesting that the Court order Defendants to give Plaintiff and his counsel "ongoing access to

15   their unmonitored phone area, so that Pl[aintiff] and counsel can confer . . . ."  (Dkt. No. 121.)

16   Plaintiff asserts that such relief is necessary because Defendants have informed Plaintiff's counsel

17   that they lack facilities to accommodate unmonitored calls, yet have twice permitted such calls.

18   Plaintiff also contends that they require unimpeded access.

19         The Court DENIES Plaintiff's motion.  As an initial matter, Plaintiff is now represented by

20   counsel, and should not be communicating with the Court pro se.  *See Reynolds v. Hologic, Inc.*,

21   Case No. 11-cv-462-PJH, 2012 U.S. Dist. LEXIS 140776, at *5 (N.D. Cal. Sept. 28, 2012) ("it

22   would be improper for the court to engage in ex parte communications with a represented party").

23   To the extent Plaintiff wishes to seek relief from the Court, Plaintiff should make such requests

24   through his appointed counsel.

25         Moreover, there is no apparent basis for Plaintiff's request.  Plaintiff does not assert that he

26   is unable to make unmonitored calls, or that Defendants have ever refused to allow him to make

27   such calls.  While Plaintiff asserts that Defendants have wrongfully informed Plaintiff's counsel

28   that they lack facilities to accommodate unmonitored calls, he admits that he has in fact been

allowed to make such calls. Thus, there is no showing that his access to unmonitored calls is unlawfully impeded, or that the relief sought is required.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge