1  XAVIER BECERRA
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  JANE B. MACKIE
   Deputy Attorney General
4  State Bar No. 288380
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 510-3593
6    Fax: (415) 703-5843
     E-mail: Jane.Mackie@doj.ca.gov
7  *Attorneys for Defendants
   D. Love and D. Montanez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAFONZO TURNER,**<br><br>Plaintiff,<br><br>v.<br><br>**G. LEWIS, et al.,**<br><br>Defendants. | C 15-0078 KAW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Judge: The Honorable Kandis A. Westmore<br>Action Filed: January 7, 2015 |

Plaintiff Lafonzo Turner hereby dismisses with prejudice all claims and defendants in this matter. Therefore, the parties stipulate to a dismissal with prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

///

Each party shall bear his own attorney's fees and litigation costs.

It is so stipulated.

Dated: 3/21/18 By: /s/ Wayne Stacy
~~Ariel D. House~~ Wayne Stacy
Baker Botts LLP
Attorney for Plaintiff Lafonzo Turner

Dated: 3/21/18 By: /s/ Jane Mackie
Jane Mackie, Deputy Attorney General
Attorney for Defendants Love and Montanez

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 4/2/18 /s/ Kandis Westmore
Hon. Kandis A. Westmore
U.S. Magistrate Judge

SF2015402766
21081953.docx

2