| | |
|---|---|
| Wayne O. Stacy (SBN: 314579) | William C. Kwong, (SBN: 168010) |
| Sarah J. Guske (SBN: 232467) | Supervising Deputy Attorney General |
| Ariel D. House (SBN: 280477) | Office of the Attorney General |
| BAKER BOTTS LLP | 455 Golden Gate Ave., Suite 11000 |
| 101 California Street, Suite 3600 | San Francisco, CA 94120 |
| San Francisco, CA 94111 | Telephone: (415) 510-3583 |
| Telephone: (415) 291-6200 | Facsimile: (415) 703-5843 |
| Facsimile: (415) 291-6300 | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| LAFONZO R. TURNER | M. CATES and G. LEWIS |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER<br><br>v.<br><br>M. Cates, et al.,<br><br>    Defendants. | Case No. 15-cv-03067-KAW |
| LAFONZO R. TURNER<br><br>v.<br><br>G. Lewis, et al.,<br><br>    Defendant. | Case No. 15-cv-00078-KAW<br><br>**[~~PROPOSED~~] ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

1     The Court has reviewed and considered Plaintiff Lafonzo Turner's ("Plaintiff") request
2 for telephonic status conference, and hereby GRANTS the request.
3     The Court hereby orders the parties to participate in a telephonic status conference on
4 June 5, 2018, at 10:00 AM. Parties may appear by dialing 888-684-8852,
5 access code 1868782.
6     IT IS SO ORDERED

Dated: May 31, 2018

The Hon. Robert M. Illman
United States Magistrate Judge